*E-FILED 8/24/2009*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GERALD ANUDOKEM,<br><br>　　　　Plaintiff,<br>　v.<br><br>AMERICAN HOME MORTGAGE SERVICING, INC., E*TRADE BANK, AMERICAN BROKERS CONDUIT, NATIONAL CITY MORTGAGE A DIVISION OF NATIONAL CITY BANK OF INDIANA, T.D. SERVICE COMPANY, AHMSI DEFAULT SERVICES, MORTGAGE ELECTRONIC RECORDING SYSTEM, INC., CALIFORNIA HOME LOANS, TERRY W., DAVIS, PETER RUA and DOES 1-20 inclusive,<br><br>　　　　Defendants.<br>_____/ | No. C09-01660 HRL<br><br>**ORDER CONTINUING THE INITIAL CASE MANAGEMENT CONFERENCE**<br><br>[Re:   Docket Nos. 30, 31] |

　　　Plaintiff and defendant T.D. Service Company request a continuance of the initial case management conference set for September 29, 2009.  No objections having been received, and good cause appearing, the requests are granted.  The initial case management conference is continued to **October 13, 2009, 1:30 p.m.**  All deadlines set in the court's Order Setting Initial Case Management Conference and ADR Deadlines (Docket No. 2) are adjusted accordingly.

　　　SO ORDERED.

Dated:   August 22, 2009

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**5:09-cv-01660 Notice will be electronically mailed to:**

Brian H. Gunn    tlbeardsley@wolfewyman.com

Bruce William Dannemeyer    bruce@dreyfusslaw.com, roma@dreyfusslaw.com

Jonathan G Stein    jonathan@jonathangstein.com

Margaret Mary Broussard    pegthelawyer@aol.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.