**\*E-FILED 04-01-2010\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GERALD ANUDOKEM,<br><br>    Plaintiff,<br>  v.<br><br>AMERICAN HOME MORTGAGE SERVICING, INC.; E\*TRADE BANK; AMERICAN BROKERS CONDUIT; NATIONAL CITY MORTGAGE A DIVISION OF NATIONAL CITY BANK OF INDIANA; T.D. SERVICE COMPANY; AHMSI DEFAULT SERVICES; DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR HARBORVIEW MORTGAGE LOAN TRUST MORTGAGE LOAN PASS-THROUGH CERTIFICATES, SERIES 2006-7; CALIFORNIA HOME LOANS; TERRY W. DAVIS; PETER RUA; and DOES 1-20 inclusive,<br><br>    Defendant.<br>_____/ | No. C09-01660 HRL<br><br>**ORDER (1) GRANTING T.D. SERVICE COMPANY'S FED. R. CIV. P. 12(b)(1) MOTION TO DISMISS; AND (2) DEEMING MOOT PNC BANK'S AND E\*TRADE BANK'S MOTION TO DISMISS AND MOTION TO STRIKE**<br><br>**[Re:  Docket Nos. 39, 41 and 42]** |

    Plaintiff Gerald Anudokem filed the instant action in this court, asserting federal question jurisdiction as to his claims under the Truth in Lending Act, 15 U.S.C. § 1601 and the Real Estate Settlement Procedures Act, 12 U.S.C. § 2605.  Several state law claims for relief were also asserted.  Anudokem subsequently filed an amended complaint which continued to assert claims under these two federal statutes, as well as several state law claims for relief.  This court granted in part and denied in part defendants' motion to dismiss the amended complaint,

with leave to amend. Plaintiff has now filed a Second Amended Complaint in which he has opted to drop all federal claims for relief. Thus, there is no longer any federal question jurisdiction. Nor is there an apparent basis for diversity jurisdiction. Consequently, there is also no basis upon which supplemental jurisdiction over the state law claims could rest. See, e g., Pintando v. Miami-Dade Housing Agency, 501 F.3d 1241, 1242-43 (11th Cir. 2007). Plaintiff agrees that there is no subject matter jurisdiction and does not oppose defendant T.D. Service Company's Fed. R. Civ. P. 12(b)(1) motion to dismiss, but requests that the dismissal be without prejudice. Accordingly, T.D. Service Company's motion to dismiss for lack of subject matter jurisdiction is granted as unopposed. Plaintiff's complaint is dismissed without prejudice. Defendant PNC Bank's and E*Trade Bank's Fed. R. Civ. P. 12(b)(6) motion to dismiss and motion to strike re Anudokem's state law claims are deemed moot. The motion hearing set for April 13, 2010 is vacated. The clerk shall close the file.

SO ORDERED.

Dated:   April 1, 2010

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

2

5:09-cv-01660-HRL Notice has been electronically mailed to:

Bruce William Dannemeyer     bruce@dreyfusslaw.com, roma@dreyfusslaw.com

Jonathan G Stein     jonathan@jonathangstein.com

Margaret Mary Broussard     pegthelawyer@aol.com

Megan Elizabeth Gruber     megruber@wolfewyman.com, tlbeardsley@wolfewyman.com

Stuart Bruce Wolfe     sbwolfe@wolfewyman.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

3